# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00791-CV

**Guadalupe Association for an Improved Neighborhood, in its representational capacity for its members, Ben M. Sifuentes, Mark Rogers, Helen S. Lopez, Letesia Cantu-McGarrahan, Edward E. McGarrahan, Cristina De La Fuente-Valadez and Juan R. Valadez, Appellants**

**v.**

**City of Austin, Texas and Riata Holdings, Ltd., Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. GN102692, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellants Guadalupe Association for an Improved Neighborhood, in its representational capacity for its members, Ben M. Sifuentes, Mark Rogers, Helen S. Lopez, Letesia Cantu-McGarrahan, Edward E. McGarrahan, Cristina De La Fuente-Valadez and Juan R. Valadez and appellees City of Austin, Texas and Riata Holdings, Ltd. no longer wish to pursue

this appeal and have filed a joint motion to dismiss. We grant the motion and dismiss the appeal.

Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed on Joint Motion

Filed: October 4, 2005